O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation; and Board of Trustees for the Carpenters Southwest Trusts<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Madrid Laser Screed Rentals, Inc. d/b/a Madrid Laser Screed & Boom Pumping and Does 1 through 10<br><br>　　　　　Defendants. | CV 11-7254 RSWL (SHx)<br><br>**ORDER Re: Plaintiffs' Motion for Entry of Default Judgment [7]** |

　　On November 7, 2011, Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts ("Plaintiffs") filed the Present Motion for Entry of Default Judgment. The Court, having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

///

1

Plaintiffs' Motion for Entry of Default Judgment is hereby **GRANTED**.  The Court finds that Plaintiffs have satisfied all procedural requirements necessary under Local Rule 55-1 for entry of default judgment. Specifically, the Court finds that on October 11, 2011, the clerk entered the default of Defendant Madrid Laser Screed Rentals, Inc. ("Defendant");  Defendant is not an infant, incompetent person, in military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and Defendant did not appear in this Action.  Furthermore, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986) weigh in favor of granting default judgment.

THEREFORE, IT IS ORDERED that:

Default judgment shall be entered against Defendant.  As for the relief requested, the Court **GRANTS** Plaintiffs' request for unpaid contributions in the amount of $33,058.62, pre-judgment interest in the amount of $5,016.62, an additional interest pursuant to 28 U.S.C. § 1132(g)(2)(C) in the amount of $5,016.62, audit fees in the amount of $732.50, and attorney's fees in the amount of $2,633.06.

///
///
///
///
///

The total judgment of $46.457.42 shall bear interest at the judgment rate from the date of entry until paid.

**IT IS SO ORDERED.**

DATED: January 18, 2012

                                      RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge